# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. _20-2211 JJO_

UNITED STATES OF AMERICA

vs.

**LUIS DAVID MARIN VALENCIA,
SEGUNDO PASTOR LOPEZ VILLARREAL,
and GUSTAVO ADOLFO MARTAN,**

   **Defendants.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ____Yes _x_  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes _x_  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____

FREDERIC C. SHADLEY
Assistant United States Attorney
Court ID No. A5502298
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9349
Fax: (305) 530-7976
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 20-2211 JJO |
| LUIS DAVID MARIN VALENCIA, | ) | |
| SEGUNDO PASTOR LOPEZ VILLARREAL, | ) | |
| and GUSTAVO ADOLFO MARTAN. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___February 5, 2020___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Steve Catherman
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___8/11/20___

_____
*Judge's signature*

City and state:  Miami, Florida

Hon. John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

20-2211 JJO

# AFFIDAVIT

I, Steven Catherman, being duly sworn, hereby depose and state the following:

1.      I am currently assigned as a Special Agent with the Federal Bureau of Investigation (FBI) in Miami, Florida and have worked in this capacity since May, 2016. Prior to becoming an FBI Agent, I worked as a police Officer with the Tullytown Borough Police Department and the Abington Township Police Department from 2006-2016. I have worked in law enforcement for a total of 14 years. My official FBI duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking.   I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics.   As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2.      This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against LUIS DAVID MARIN VALENCIA, SEGUNDO PASTOR LOPEZ VILLARREAL, and GUSTAVO ADOLFO MARTAN for knowingly and willfully conspiring to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).   As such, it does not include all information that is currently known to myself, or law enforcement generally, about those individuals.

3.      On or about February 5, 2020, while on routine patrol, a United States Marine Patrol Aircraft (MPA) detected a Go-Vast Vessel (GFV) approximately 80 nautical miles south of the Costa Rican/Panama border in international waters. United States Coast Guard Cutter (USCGC) Tampa (TPA) was 120NM north of the location and diverted to intercept. TPA launched a helicopter, an unmanned aerial surveillance vehicle, and two smaller vessels.  The aerial surveillance reported at least one crewmember was observed jettisoning packages from the GFV.

4.      A smaller USCG vessel, an Over the Horizon (OTH), gained positive control of the GFV in international waters and a law enforcement boarding was authorized.  The USCG boarding team found three individuals on the GFV, and brought them on board the OTH for officer safety. Those individuals were identified as LUIS DAVID MARIN VALENCIA, SEGUNDO PASTOR LOPEZ VILLARREAL, and GUSTAVO ADOLFO MARTAN.   Based on initial routine questioning, the master of the vessel claimed Colombian nationality for the vessel. However, USCG personnel reached out to Colombia, and they could neither confirm nor deny nationality for the vessel.   As such, the USCG was authorized to treat the GFV as a vessel without nationality.

5.      The boarding team was authorized to conduct a full law enforcement boarding of the GFV.  The boarding team eventually recovered 47 bales of contraband which tested positive for cocaine, weighing approximately 1,018 kilograms. The 47 bales of cocaine were recovered in the area where the USCG helicopter observed the crewmembers jettisoning the packages. The USCG recovered blue and white rope on board the GFV. The blue and white rope was of the same type as the rope found on the packaging of the 47 bales of cocaine recovered near the GFV.

6.      The U.S. Coast Guard subsequently detained all three individuals who were on

board the GFV.   MARIN VALENCIA is an Ecuadorian national, while the other two are Colombian nationals.   All three are currently en-route to the Southern District of Florida.   They are expected to arrive in the Southern District of Florida on or about February 12, 2020.   At that point, they will be transferred to the custody of United States law enforcement.

7.    Based on the foregoing facts, I submit that probable cause exists to believe that LUIS DAVID MARIN VALENCIA, SEGUNDO PASTOR LOPEZ-VILLARREAL, and GUSTAVO ADOLFO MARTAN, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Steven Catherman
Special Agent
Federal Bureau of Investigation


Sworn to me and subscribed before me
this _11_ day of February, 2020
in Miami, Florida.


THE HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

3